## LUCO v. COMMERCIAL BANK OF SAN DIEGO.*

### No. 11,016; October 14, 1885.

#### 8 Pac. 274.

**Partition.—Unless Notice of an Appeal from an Interlocutory Decree** in partition is served upon all the adverse parties the appeal will be dismissed.

APPEAL from Superior Court, San Diego County.

A. B. Hotchkiss for appellant; Levi Chase, W. J. Hunsaker and Thomas J. Arnold for respondent.

---

*For subsequent opinion, see 70 Cal. 339, 11 Pac. 750.

By the COURT.—A motion is made to dismiss the appeal, which is from an interlocutory decree in partition, on the ground that the notice of appeal was not served on all of the adverse parties. As the notice was not so served, the motion must be granted. Ordered accordingly.